UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Joseph Hannify</u>

      v.                            Civil No. 08-cv-268-SM

<u>NH State Prison, Warden</u>

## O R D E R

The court finds that the petitioner has failed to make a substantial showing of the denial of a constitutional right, and therefore declines to issue a certificate of appealabilty.  <u>See</u> 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

SO ORDERED.

May 26, 2010

                                                  Steven J. McAuliffe
                                                  Chief Judge

cc:      Joseph Hannify
           Elizabeth C. Woodcock, Esq.